No. 01–127. OLESZKO *v.* STATE COMPENSATION INSURANCE FUND ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–130. HUTCHINSON *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 01–132. FAIR ET UX. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–133. FITZGERALD *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–136. DUNKL ET AL. *v.* CITY OF SAN DIEGO ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–137. DIX *v.* UNITED AIRLINES, INC. C. A. 7th Cir. Certiorari denied.

No. 01–138. LYCON, INC. *v.* EVI OIL TOOLS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–139. MAGNESS *v.* RUSSIAN FEDERATION ET AL.; and
No. 01–168. MAGNESS ET AL. *v.* RUSSIAN FEDERATION ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 247 F. 3d 609.

No. 01–140. MARTIN *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 01–141. ELJACK *v.* HAMMOUD ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–142. DURIGAN *v.* SANITARY DISTRICT No. 4 - TOWN OF BROOKFIELD, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–143. GORDON *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 01–145. KEE ET AL. *v.* CITY OF ROWLETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–146. NORTH *v.* SUPREME COURT OF ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied.